ACCEPTED
12-15-00223-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/10/2015 2:47:22 PM
Pam Estes
CLERK

Filed 9/10/2015 11:00:21 AM
Reba Squyres, District Clerk
Angelina County, Texas
By: Robin Crain
Deputy Clerk

No. CV-02073-13-02

| | | |
|---|---|---|
| LUFKIN INDUSTRIES, INC., | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| v. | § | ANGELINA COUNTY, TEXAS |
| | § | |
| INTERNATIONAL BUSINESS | § | |
| MACHINES CORP., et al., | § | 159TH JUDICIAL DISTRICT |
| Defendant. | § | |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/10/2015 2:47:22 PM
PAM ESTES
Clerk

## NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.1, defendant International Business Machines Corporation ("IBM") hereby gives notice of its intent to appeal. IBM desires to appeal the trial court's Final Judgment signed on September 10, 2015, together with all written orders, rulings, and rulings by operation of law adverse to IBM, including but not limited to the denial of IBM's motions for directed verdict, IBM's overruled charge objections, IBM's denied requests for inclusion in the charges, denials of IBM's motions to strike expert witnesses, and denials of IBM's motions to disregard jury answers and for judgment notwithstanding the verdict. This appeal is taken from the 159th District Court of Angelina County, Texas, the Honorable Paul White presiding, and is taken to the Twelfth Court of Appeals in Tyler, Texas and to the Texas Supreme Court, if necessary.

1

Respectfully submitted,

YETTER COLEMAN LLP

By: _____
Reagan W. Simpson
State Bar No. 18404700
Marc Tabolsky
State Bar No. 24037576
909 Fannin, Suite 3600
Houston, Texas 77010
(713) 632-8000
(713) 632-8002 (Fax)
rsimpson@yettercoleman.com
mtabolsky@yettercoleman.com

ATTORNEYS FOR DEFENDANT IBM

## CERTIFICATE OF SERVICE

I certify that, on September 10, 2015, this document was served on the following counsel

for plaintiff by electronic means:

Murry B. Cohen
mcohen@akingump.com
Jim Wetwiska
jwetwiska@akingump.com
Holli Pryor-Baze
hpryorbaze@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana, 44th Floor
Houston, Texas 77002

Scott C. Skelton
sskelton@skeltonslusher.com
SKELTON SLUSHER BARNHILL WATKINS WELLS
1616 South Chestnut Street
Lufkin, Texas 75901

_____
Reagan W. Simpson

2